## PETTENGILL v. CITY OF YONKERS.

*(Supreme Court, General Term, Second Department.   May 14, 1888.)*

HUSBAND AND WIFE—INJURIES TO WIFE—ACTION BY HUSBAND—EVIDENCE.
   A judgment deciding that a wife is entitled to recover for injuries caused by the negligence of another is conclusive in favor of the right of the husband to recover from the same party for loss and expenses incurred by him by reason of the injuries to his wife.

Appeal from circuit court.
*J. F. Daly,* for appellant.   *J. M. Hunt,* for respondent.

DYKMAN, J.   This is an action by the husband for the loss and expenses incurred by him by reason of injuries sustained by his wife through the negligence of the defendant.   The right of the wife to recover for her injuries has been settled by the general term, and the right of the husband to recover for loss of services of his wife, and his expenses incident to such injuries, follows that determination.   The judgment should therefore be affirmed, with costs.